AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics
In Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Hogan, Thomas F | 2. Court or Organization<br><br>U.S. District Court for D.C. | 3. Date of Report<br><br>6/10/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Jud e – Active | 5. Report Type (check appropriate type)<br><br>◯ Nomination,     Date<br><br>◯ Initial    ⦿ Annual    ◯ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>4114 U.S. Courthouse<br>333 Constitution Ave., N.W.<br>Washington, D.C. 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____    Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only, see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

## II. AGREEMENTS. (Reporting individual only, see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 JUN 21 A 11: 01 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|---|
| | | | (yours, not spouse's) |
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | 2004 Medical Practice |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

■ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

**V. GIFTS.** (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

**VL LIABILITIES.** (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. NationsBank | 1st Trust - Prof. Office Bldg. | L |
| 2. Alliance Mortgage (formerly known as Chase Home Mortgage) | Mort. on country property | L |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F | 6/10/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Ch. Ch. S&L | A | Interest | K | T | | | | | |
| 2. FNMA | A | Dividend | K | T | | | | | |
| 3. Cisco Systems | | None | J | T | | | | | |
| 4. Agere Systems | | | | | Sell | 11/22 | J | A | |
| 5. Allied Capital Corp. | B | Dividend | K | T | | | | | |
| 6. Analex (X) | | None | J | T | | | | | |
| 7. AT&T | A | Dividend | J | T | Sell/partial | 11/10 | J | A | — |
| 8. Anhauser-Busch | A | Dividend | J | T | | | | | |
| 9. Choice Hotels | A | Dividend | J | T | | | | | |
| 10. Cigna | A | Dividend | J | T | | | | | |
| 11. Choice Hotels | | None | J | T | | | | | |
| 12. Comcast Corp Class A | | None | J | T | | | | | |
| 13. Lucent | | None | J | T | | | | | |
| 14. Manor Care | A | Dividend | J | T | | | | | |
| 15. Tyco Int'l | | | J | T | | | | | see explanation |
| 16. Bank of America Corporation | A | Dividend | K | T | | | | | |
| 17. PG Co. Bond REDG Lt. Cons. due 07/01/08 | | | J | T | | | | | |
| 18. Citibank Dep Program | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 o less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F | 6/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A.-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Mayor Cty Cou. Balt. | A | Interest | K | T | Buy | 03/03 | | | |
| 20. Md. State DOT Cons due 12/15/05 | A | Interest | J | T | | | | | |
| 21. PG Co. REDG Cons. | | | | | Matured | 10/01 | J | | |
| 22. WSSC (due 06/01/11) | | | | | Called | 06/01 | | | |
| 23. Balt Co Cons Pub IMP due 08/01/17 | | | J | T | Buy | 06/02 | | | |
| 24. Riggs Nat. Bk. Ch. Accts. | A | Interest | J | T | | | | | |
| 25. Sovereign Bancorp | A | Dividend | J | T | | | | | |
| 26. OBA escrow | A | Interest | J | T | | | | | |
| 27. Gas Tank Jt. Ven. | B | Distribution | K | W | | | | | |
| 28. Atlas Gas Well | A | Royalty | J | W | | | | | |
| 29. Sussex Co., DE 1/2 int. | D | Rent | M | W | | | | | |
| 30. Adams Co., PA - country property | | None | M | W | | | | | |
| 31. Country Prop. 1/3 sh. Adams Co., PA | | None | K | W | | | | | |
| 32. Traford Lane Ptnrship. Fairfax Co., VA. | D | Rent | L | W | | | | | |
| 33. Ga. hsg. ptnrsh., c/o Winthrop Boston | A | Distribution | J | W | | | | | |
| 34. Ch. Ch. S&L | A | Interest | J | T | | | | | |
| 35. Ch. Ch. S&L | A | Interest | J | T | | | | | |
| 36. IRA | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F | 6/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. (SB) Citibank deposit program | A | Interest | K | T | | | | | (SB) = Smith Barney |
| 38. Glenborough Rlty Tr. | A | Dividend | J | T | | | | | |
| 39. Kinder Morgan, Inc. | A | Dividend | J | T | | | | | |
| 40. Bonds: | | | | | | | | | |
| 41. FICO strip bond due 8/03/04 | | None | | | Redemption | 08/03 | J | | |
| 42. FICO strips due 4/06/04 | | None | | | Redemption | 04/06 | J | | |
| 43. FICO Strips Gen. due 5/30/05 | | None | J | T | | | | | |
| 44. FICO Strip C due 5/30/06 | | None | J | T | | | | | |
| 45. FICO Strips due 05/30/07 | | None | K | T | | | | | |
| 46. FICO Strips due 08/08/08 | | None | K | T | | | | | |
| 47. FNMA Cpn. due 09/25/20 | | None | J | T | | | | | |
| 48. IRA - Stocks | | | | | | | | | |
| 49. Cisco | | None | J | T | | | | | |
| 50. CATS SR S, 02/15/09 | | None | J | T | Buy | 02/26 | J | | |
| 51. CATS SR Q, 05/15/09 | | None | J | T | Buy | 02/26 | J | | |
| 52. Govt Trust Cpn, 11/15/10 | | None | J | T | Buy | 04/21 | J | | |
| 53. FHLN MTG, 07/15/32 | | None | J | T | Buy | 03/03 | J | | |
| 54. Resolution FDG, 04/15/09 | | None | J | T | Buy | 02/26 | J | | |

1. Income Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and 41)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F | 6/10/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. TVA CPN, 04/20/10 | | None | J | T | Buy | 03/03 | J | | |
| 56. TVA CPN, 10/15/10 | | None | J | T | Buy | 04/21 | J | | |
| 57. TVA CPN, 11/01/11 | | None | J | T | Buy | 03/03 | J | | |
| 58. FHLN Mtg. Corp., 07/15/10 | | None | J | T | Buy | 03/03 | J | | |
| 59. Coca-Cola | A | Dividend | J | T | | | | | |
| 60. Comcast Class A | | None | J | T | | | | | |
| 61. Constellation | | None | K | T | | | | | |
| 62. Dell Computer | | None | K | T | | | | | |
| 63. Scotts Co | | None | J | T | | | | | |
| 64. Comcast Cl. A SPL | | None | K | T | | | | | |
| 65. E-Funds 01/03/01, spin off from Deluxe Corp. | | None | J | T | | | | | |
| 66. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 67. Kinder Mortgage Energy | A | Dividend | J | T | | | | | |
| 68. Pepsico | A | Dividend | K | T | | | | | |
| 69. So   ign Banking | A | Dividend | K | T | | | | | |
| 70. Yum Brands | A | Dividend | J | T | | | | | |
| 71. Vishay Intertech | | None | K | T | | | | | |
| 72. Wal-Mart | A | Dividend | K | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F | 6/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. AIM Income Fund | A | Dividend | J | T | | | | | |
| 74. Mort. Sec. Tr. CMO Ser 15 Int. | B | Dividend | J | T | | | | | |
| 75. Mutual Funds: | | | | | | | | | |
| 76. Europacific Growth | A | Dividend | K | T | Buy | 10/25 | K | | |
| 77. Ivy Global | | None | J | T | Buy | 10/25 | J | | |
| 78. Evergreen FD Class C | A | Dividend | K | T | Sold | 03/02 | K | | |
| 79. Templeton Emer. MKTS | B | Dividend | J | T | | | | | |
| 80. IRA: | | | | | | | | | |
| 81. Glenborough Realty Corp. | A | Dividend | J | T | | | | | |
| 82. Carramerica Realty Corp. | A | Dividend | J | T | | | | | |
| 83. Bonds: | | | | | | | | | |
| 84. U.S. Treas. strips due 8/15/05 | | None | J | T | | | | | |
| 85. U.S. Treas. strips due 5/15/06 | | None | J | T | | | | | |
| 86. (SB)CitiBank dep.program | A | Interest | K | T | | | | | (SB) = Smith Barney |
| 87. Ivy Global Mutual Fund | | | J | T | Buy | 10/25 | J | | |
| 88. Bonds: | | | | | | | | | |
| 89. FNMA Note, due 2/14/13 | | None | J | T | | | | | |
| 90. Cert. Accru. Ser. E coupon due 5/15/06 | | None | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F | 6/10/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. FICO Strips Ser 5, 2/08/04 | | None | | | Matured | 02/09 | J | | |
| 92. Cert Accru Ser U, 8/15/10 | | None | J | T | | | | | |
| 93. Callable TR, due 5/15/05 | | None | J | T | | | | | |
| 94. Cert Accru Ser Z, 5/15/05 | | None | J | T | | | | | |
| 95. Gvt. Tr. Ctfs, 5/15/05 | | None | J | T | | | | | |
| 96. Gvt. Tr. Ctfs, 11/15/08 | | None | J | T | | | | | |
| 97. GNMA Pass Thru, cpn 7/15/05 | A | Interest | J | T | | | | | |
| 98. FICO strips SR 10 5/30/06 | | None | J | T | | | | | — |
| 99. FICO Strips SR 12, 6/6/06 | | None | K | T | | | | | |
| 100. FICO Strips SR 8, 8/03/06 | | None | K | T | | | | | |
| 101. FICO Strips SR 6, 8/03/06 | | None | K | T | | | | | |
| 102. FICO Strips, 10/06/07 | | None | K | T | | | | | |
| 103. FICO Strips, 11/02/07 | | None | J | T | | | | | |
| 104. FICO Strips SR19 due 6/06/08 | | None | J | T | | | | | |
| 105. FICO Strips SR 11, 2/08/09 | | None | K | T | | | | | |
| 106. FICO Strips Ser E, 11/02/08 | | None | J | T | | | | | |
| 107. FICO Strips, SR 13, 12/27/09 | | None | J | T | Buy | 02/26 | J | | |
| 108. FICO Strip SR 11, 2/08/11 | | None | J | T | Buy | 02/26 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000 001-$5,000 000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F | 6/10/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 109. FICO Strips SR 19, 12/06/12 | | None | J | T | | 10/25 | J | | |
| 110. FHLN Mtg., 1/15/10 | | None | J | T | Buy | 02/26 | J | | |
| 111. FNMA Strips, 2/01/10 | | None | J | T | Buy | 02/26 | J | | |
| 112. FNG 92 59D seq. cpn. 10/25/22 | A | Interest | J | T | | | | | |
| 113. Maryland Balto. Medical Ctr due 070/1/25 | B | Interest | K | T | | | | | |
| 114. TVA Bonds, 12/15/09 | | None | J | T | Buy | 02/26 | J | | |
| 115. TVA CPN, 10/15/11 | | None | K | T | Buy | 10/25 | K | | |
| 116. TVA Bonds, 12/15/12 | | None | K | T | Buy | 10/25 | K | | |
| 117. Time Warner | | None | | | Sell | 10/25 | J | A | |
| 118. Wells Fargo | A | Dividend | K | T | | | | | |
| 119. Bellsouth Corp. | A | Dividend | J | T | | | | | |
| 120. Center oint Props. | A | Dividend | J | T | | | | | |
| 121. Chevron Texaco | B | Dividend | K | T | | | | | |
| 122. Cisco Systems | | None | K | T | | | | | see explanation |
| 123. Costco | A | Dividend | K | T | | | | | |
| 124. Dell Computer Corp. | | None | K | T | | | | | |
| 125. Delhaize Computer Corp. | A | Dividend | J | T | | | | | |
| 126. Exelon | A | Dividend | K | T | | | | | |

1. Income/Gain Codes (See Columns B1 and D4)
A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F | 6/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. Exxon | A | Dividend | K | T | | | | | |
| 128. Fannie Mae | A | Dividend | K | T | | | | | |
| 129. Fed. Realty Inv. Tr. | A | Dividend | K | T | | | | | see explanation |
| 130. Eli Lilly & Co. | A | Dividend | K | T | | | | | |
| 131. Federal Express | A | Dividend | K | T | | | | | |
| 132. En Bridge Energy Partners GE | A | Dividend | J | T | | | | | |
| 133. IBM | A | Dividend | J | T | | | | | |
| 134. J.P. Morgan Chase | A | Dividend | K | T | | | | | |
| 135. Kinder Morgan Energy | B | Dividend | J | T | | | | | |
| 136. Medco | | None | J | T | | | | | see explanation |
| 137. Merck & Co. | A | Dividend | J | T | | | | | |
| 138. Microsoft | A | Dividend | J | T | | | | | |
| 139. Pfizer, Inc. | A | Dividend | K | T | | | | | |
| 140. Proctor & Gamble | A | Dividend | K | T | | | | | |
| 141. Sanchez Computer Assoc. | | None | J | T | Sell | 02/26 | J | A | |
| 142. Teppco Partners | A | Dividend | J | T | | | | | |
| 143. 3M | A | Dividend | | T | | | | | |
| 144. Mutual Funds: | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F | 6/10/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 145. Dreyfus Premier | | | K | T | | | | | see explanation |
| 146. VKAAC Emerging Growth Class A | | | J | T | | | | | see explanation |
| 147. VKAAC Emerg. Grwth. Class C reinvest divs. & buy monthly | | None | K | T | | | | | |
| 148. VKAAC Equity Inc. Class A reinvest div & buy monthly | | None | K | T | | | | | |
| 149. VKAAC Equity Class C | | | K | T | | | | | see explanation |
| 150. Louisiana 6% 5-1-04 Gen. Oblig. Book Entry | B | Interest | K | T | | | | | |
| 151. Midland TX 5.9% 3-1-2016 Ctf. of Oblig. Book E b | A | Interest | J | T | | | | | |
| 152. Western Oaks TX 6.5% 1-22-02 Mun. Utils. Dist. | B | Interest | K | T | | | | | |
| 153. Centennial MM Tr. Money Market | A | Interest | K | T | | | | | |
| 154. Mutual Fund: | | | | | | | | | |
| 155. Franklin Tax Free Trust High Yield Taxfree Income Fnd. | B | Dividend | K | T | | | | | |
| 156. Oil & Gas well Shares: | | | | | | | | | |
| 157. Total Fina Elf. | B | Royalty | J | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less<br>F = $50,001-$100,000 | B = $1,001-$2,500<br>G = $100,001-$1,000,000 | C = $2,501-$5,000<br>H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000<br>H2 = More than $5,000,000 | E = $15,001-$50,000 |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less<br>N = $250,001-$500,000<br>P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000<br>O = $500,001-$1,000,000 | L = $50,001-$100,000<br>P1 = $1,000,001-$5,000,000<br>P4 = More than $50,000,000 | M = $100,001-$250,000<br>P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal<br>U = Book Value | R = Cost (Real Estate Only)<br>V = Other | S = Assessment<br>W = Estimated | T = Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

15. Omitted from previous reports.
122. Partial sale in 2003 omitted from previous report.
129. Partial sale in 2003 omitted from previous report.
145. Omitted from previous reports.
146. Omitted from previous reports.
149. Omitted from previous reports.

Neurogn stock previously reported no longer subject to disclosure due to devaluation.